# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2014

### NO. 03-12-00713-CR

**Daniel Joe Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 167TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD**
**AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment of conviction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2014

## NO.  03-12-00714-CR

**Daniel Joe Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 167TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment of conviction entered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment of conviction.  The appellant shall pay all costs relating to this appeal, both in this Court and the court below.